AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI  (954)489-1740

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

TROY BROWN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6293**

**CR-FERGUSON**

MAGISTRATE JUDGE
SNOW

TO:    **The United States Marshal**
       **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____ TROY BROWN _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846 _____

CLARENCE MADDOX _____
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $  Pre-Trial Detention _____

COURT ADMINISTRATOR\CLERK OF THE COURT _____
Title of Issuing Officer

October 5, 2000, Fort Lauderdale, Florida
Date and Location

by  Barry S. Seltzer, United States Magistrate Judge _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ TROY BROWN _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____WEIGHT: _____

SEX: _____RACE: _____

HAIR: _____EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____ DRUG ENFORCEMENT ADMINISTRATION _____

_____