UNITED STATES OF AMERICA,
    Plaintiff,
Vs.

CLEMENTE ALEXIS, et al.,
    Defendants.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00–6293-CR-FERGUSON

FILED by _____ D.C.

JAN 3 0 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA FT. LAUD.

## ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion by the defendant, Marion McCleod, on January 19, 2001. The Court having considered the motion and advise of the government that it does not oppose such a motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The trial is continued to the two-week period commencing **March 26, 2001, and Calendar Call is scheduled for 3:15 p.m. on Monday, March 19, 2001**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (1/19/01 to 3/26/01) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this _29th_ day of January 2001.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Bruce Brown, AUSA, Howard Greitzer, Esq, Tim Day, AFPD, David Joffe, Esq, Richard Della Fara, Esq, Michael Smith, Esq and David Hodge, Esq