AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954)489-1740

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

TROY BROWN

**WARRANT FOR ARREST**

CASE NUMBER: **00-6293**

**CR-FERGUSON**

**TO:** The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ TROY BROWN _____
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846

CLARENCE MADDOX                                COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                        Title of Issuing Officer

[signature]                                    October 5, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                   Date and Location

Bail fixed at $ Pre-Trial Detention            by Barry S. Seltzer, United States Magistrate Judge
                                                  Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above defendant at
Detainer pick up from BSO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/5/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>7/25/01 | | John Wa.ker, ASDUSM |