**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by _____ D.C.
JUL 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | TROY BROWN (detainer) | CASE NO: | 00-6293-CR-FERGUSON |
| AUSA: | BRUCE BROWN /Bardfeld/ | ATTY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | I/A ON 'NDICTMENT | RECOMMENDED BOND: | PTD |

BOND HEARING HELD - yes / no          COUNSEL APPOINTED: _____

BOND SET @: _____          To be cosigned by: _____

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

*Advised of charges*
*sworn for apptmt*
*1) Cnsl*
*CJA Counsel*
*to be appt'd*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | July 30 | 10 30 | BSS | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | July 30 | ,, | ,, | |
| STATUS CONFERENCE: | | | | |

DATE: 7/25/01    TIME: 11.00    FTL/LSS TAPE # 01 - 036    Begin: 3253    End: 3552

151