**COURT MINUTES**

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA**

DEFT: TROY BROWN (J)#   CASE NO: 00-6293-CR-Ferguson
AUSA: Bruce Brown *present*   ATTY: Louis Casuso *present*
AGENT: ___   VIOL: ___
PROCEEDING: PTD Hearing/Arraignment   RECOMMENDED BOND: ___
BOND HEARING HELD - yes / no   COUNSEL APPOINTED: ___
BOND SET @: $150,000 CSB w/nebbia   To be cosigned by: ___

FILED by ___ D.C.
JUL 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

Handwritten notes: No Bond hrg held. Both side stipulate to a $150,000 CSB w/nebbia, reserving right to proceed w/ PTD at a later date.
Reading of indictment waived
Not Guilty plea entered
Standing discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 8-14-01 | 11:00am | LSS | |

154

DATE 7-30-01   TIME: 10:30   TAPE # 01- 052   Begin 491   End 610

2