UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6293-CR-Ferguson

UNITED STATES OF AMERICA

VS

Troy Brown

ARRAIGNMENT INFORMATION SHEET

FILED by INTAKE D.C.
JUL 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
OF FLA. • FT. LAUD.

        The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on      7-30-01      , where the Defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:          Address:_____In Custody_____

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:_____Louis Casuso_____

                    Address:_____

                    _____

                    Telephone:_____

BOND SET/CONTINUED:   $_____Cont'd in custody_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this___30___day of July_____, 20_01_.

                    CLARENCE MADDOX, CLERK OF THE COURT,

                    By_____
                       Deputy Clerk

                    Tape No.____01-052_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

155