HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

AUG 14 2001

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT___ TROY BROWN _____ CASE NO: __00~6293-CR-FERGUSON__

AUSA__ BRUCE BROWN _/Harry Bradfield__ ATTY__ LOUIS CASUSO _present_

    2-3 days to try     *01-038*
    Discovery out -probable plea    *1860-1901*

DEFT___ BERESFORD THOMPSON _____ CASE NO: __01-6173-CR-ZLOCH__

AUSA__ ROGER STEFIN /Harry Bradfield_ ATTY__ FPD __Bernardo Lopez (for Shay?)__

    2 days to try  discovery out    *01-038*
    No tapes    possible plea    *1911-1938*

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE___ 8/14/01 _____ TIME__ 11:00 A.M. _____

                  ends. 11:50

179