UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,       :

    Plaintiff,             :

v.                              :

TROY BROWN,                     :

    Defendant.             :
_____

FILED by _____ D.C.
AUG 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

    A status conference was held in this cause on August 14, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this ___17th___ day of February, 2001.

                                        _____
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
Louis Casuso, Esq.

