UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA  )
                          )
vs.                       )
                          )
TROY BROWN,               )
         Defendant        )
                          )
_____)

NIGHT BOX
FILED

AUG 29 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

INFORMATION AND NOTICE OF GOVERNMENT'S
INTENTION TO RELY UPON PRIOR NARCOTICS
CONVICTIONS AS GROUNDS FOR INCREASED PUNISHMENT

The United States of America, pursuant to the provisions of Title 21, United States Code, Section 851, hereby notifies the Court and the defendant that the government will seek enhanced punishment of the defendant, TROY BROWN. The grounds for the proposed enhanced punishment are as follows:

1. The defendant has been charged with conspiracy to possess with intent to distribute and to distribute cocaine base, that is crack cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). These charges carry a mandatory minimum period of incarceration of five (5) years. See Title 21, United States Code, Section 841(a)(1).

2. The applicable penalty provisions cited above provide that




where a defendant previously has a prior conviction for a felony drug offense which has become final, the penalty shall be enhanced to a mandatory term of ten (10) years' imprisonment, and a possible fine of up to $4,000,000.

3. The defendant TROY BROWN was convicted of a qualifying narcotics offense in Broward County, Florida, in <u>State of Florida v. TROY BROWN</u>, Case Nos. 94-18887CF10, in which the defendant was convicted of delivery of cocaine and possession with intent to deliver cocaine; 96-1100CF10, in which the defendant was convicted of possession with intent to deliver cocaine; and 98-6567CF10, in which the defendant was convicted of possession of cocaine. A copy of each of the judgments is attached.

4. Accordingly, the Government will petition the Court to impose the above enhanced penalty provisions in the prosecution of this action.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:_____
BRUCE O. BROWN
Assistant U.S. Attorney
500 East Broward Blvd., #700
Ft. Lauderdale, FL 33394
(954)356-7255/356-7336 (Fax)
Fla. Bar No. 999490

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 29th day of August, 2001, to: Louis Casuso, Esquire, 111 NE 1st Street, Suite 907, Miami, FL 33132-2517.

BRUCE O. BROWN
ASSISTANT U.S. ATTORNEY

3