

FILED by _____ D.C.
SEP 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                              Case No. 00-6293-CR-FERGUSON

TROY BROWN,
    Defendant.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on the defendant, Troy Brown's Motion

To Dismiss Indictment.

The government is hereby **ORDERED** to respond within fifteen (15) days,

to the defendant's motion to dismiss indictment.

**DONE AND ORDERED** at Fort Lauderdale, Florida this __28th__ day

of September 2001.

                                 WILKIE D. FERGUSON, JR.
                                 UNITED STATES DISTRICT JUDGE

Bruce Brown, AUSA
Louis Casuso, Esq.,
111 N.E. 1th Street
Miami, FL 33132