# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
DEC 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6293-CR-WDF__      Date: _December 10, 2001_

Clerk: _Deloris McIntosh_       Reporter: _Carl Schanzleh_

USPO: _____     Interpreter: _None_

**UNITED STATES OF AMERICA vs.** _TROY BROWN, (B)_

AUSA: _Lynn Rosenbaum / Roger Stefin_

Defendant(s) Counsel: _Louis Casuso, Esq.,_

Defendant(s) Present____ Not Present____ In Custody____

Reason for hearing: _CALENDAR CALL_

Result of hearing: _Ready for trial - 3 days Motion to dismiss Indictment pending; possible plea_

Case Continued to: _1/22/02_ Time: _3:15_ P.M. _Calendar Call_

197