UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,   )
                            )
                 Plaintiff, )
                            )
vs                          )
                            )
Troy Brown,                 )
                            )
                 Defendant. )
_____)

### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney LYNN D. ROSENTHAL.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BRUCE BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: 999490
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255
Facsimile: (954) 356-7336
E-Mail: BRUCE.BROWN@usdoj.gov

cc: DEA Robert V. Felicioni



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this December 11, 2001, to:

Louis Casuso, 111 NE 1st St, #907, Miami, FL 33132.

_____
BRUCE BROWN
ASSISTANT UNITED STATES ATTORNEY